UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY LINDSAY,<br><br>    Plaintiff,<br><br>v.<br><br>RYKAL/LABREA ASSOCIATES, a California Limited Partnership; ROBERT D. KALOF; TRADER JOE'S COMPANY, a California Corporation; and Does 1-10,<br><br>    Defendants. | Case: 2:16-CV-08886-JPR<br><br>**ORDER** |

## **ORDER**

Pursuant to F.R.CIV.P.41 (a)(2), the entire case is hereby ordered dismissed without prejudice.

Dated: January 31, 2017     *[signature: Jean Rosenbluth]*

HONORABLE JEAN P. ROSENBLUTH
UNITED STATES MAGISTRATE COURT JUDGE